429 A.2d 759

Fallenstein v. Collex Inc., Appellant.

Argued June 11, 1980. John Matrullo, for appellant; Daniel C. Barrish, for appellee.

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

Order affirmed.